Federal Defenders
OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 21, 2026

APPLICATION GRANTED.

Dated: October 21, 2026

**SO ORDERED.**

ANDREW E. KRAUSE
United States Magistrate Judge

The Honorable Andrew E. Krause
Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re: *United States v. Avtar Singh*
26 MJ 4248

Dear Judge Krause,

I am writing to request a one-week extension for Mr. Singh to secure co-signers for his unsecured bond. As background, on October 14, 2026, Mr. Singh was presented before the Honorable Victoria Reznik and released on $60,000 unsecured bond to be co-signed by two financially responsible individuals by October 21, 2026 (today). *See* ECF 3. Since then, one co-signer has been interviewed and read the conditions of the bond. We need additional time to complete the process for two co-signers. I ask that the Court grant Mr. Singh one-week extension to finalize his bond obligation.

I have discussed this request with AUSA Timothy Deal, and he consents to the requested extension. Thank you for your consideration.

Sincerely,

//s

Sungso Lee
Assistant Federal Defender

cc: AUSA Timothy Deal